UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Ryan FRANCIS

Defendant(s).
-------------------------------------------------------------X

DOC # 2

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR- ( )( )

20 mg 12906

Defendant __RYAN FRANCIS__ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ✓ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

/s/
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Ryan Francis
Print Defendant's Name

Defendant's Counsel's Signature

Calvin Scholar
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12.2.2020
Date

Katherine H. Pa
U.S. District Judge/U.S. Magistrate Judge